**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Rita R. Fisher, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:07-CV-0690-JPG-PMF |
| | ) | |
| LVNV Funding, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI, Clerk**

**Dated:  October 31, 2007**

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**